ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
J. LANA MORTON-OWENS (Cal. SBN: 233831)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3547
    Facsimile: (213) 894-3713
    E-mail: lana.morton-owens@usdoj.gov

Attorneys for Complainant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>NINDERJIT SINGH<br>(aka Ninderjit Soos),<br><br>A fugitive from the Government of Canada | CR Misc. No. MJ11-1971<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

    Upon consideration of the request of the United States for the detention of fugitive NINDERJIT SINGH ("SINGH") pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878

F.2d at 317-18.  Here, SINGH does not argue that "special circumstances" exist, and the Court finds that no such "special circumstances" exist.

2.  The government alternatively requests detention on the grounds that SINGH presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present.  In support of its request, the government proffers the complaint, the provisional arrest warrant, and the Pretrial Services report with its recommendation of detention.  Based on the allegations in the extradition complaint concerning SINGH's offenses in Canada, namely First Degree Murder and Attempted Murder, the Court finds that SINGH poses a potential risk to the safety of the community.  This conclusion is also supported by the discovery of four firearms inside SINGH's home at the time of his arrest.  Based on the allegations in the extradition complaint concerning SINGH's efforts to evade law enforcement and discovery here in the United States, SINGH is also a risk of flight, particularly in light of SINGH's immigration status in the United States.

IT IS SO ORDERED.

DATED: 8/25/2011

_____
HONORABLE JOHN E. McDERMOTT
United States Magistrate Judge